1 | Jonathan T. Nguyen
2 | State Bar No. 169056
  | **GILBERT & NGUYEN**
3 | 222 N. Sepulveda Blvd., 20th Floor
  | El Segundo, CA 90245
4 | (310) 662-4718
  | jon@gnlaw.org

JS-6

Attorneys for plaintiff,
KIMBERLY SEID

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

| KIMBERLY SEID, | Case No.: SACV11-00542 DOC (MLGx) |
|---|---|
| Plaintiff, | Honorable David O. Carter |
| vs. | ORDER REMANDING UNLAWFUL DETAINER ACTION BACK TO STATE COURT ~~AND AWARDING OF ATTORNEY'S FEES AND SANCTIONS AGAINST DEFENDANT YOUSEF-ZUZU NINO~~ |
| YOUSEF-ZUZU NINO, | |
| Defendants | |

The Ex Parte Application for Order Remanding Unlawful Detainer Action back to State Court ~~and Request for an Award of Attorney's Fees and Sanctions~~ ("Application") having been filed by Plaintiff KIMBERLY SEID, and consideration by the Court of the papers filed in support of and in opposition the Application; and for good cause and in the interest of justice, the Court ORDERS as follows:

IT IS ORDERS that the Application be, and hereby is, GRANTED and the Unlawful Detainer case number 00340384 is hereby remanded back to the jurisdiction of the Orange County Superior Court.

Dated: April 13, 2011

_/s/ David O. Carter_
UNITED STATES DISTRICT COURT JUDGE